**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ALVARO PULIDO, | No. 08-72486 |
| Petitioner, | Agency No. A070-784-076 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM* |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Sumitted May 24, 2011**

Before:    PREGERSON, THOMAS, and PAEZ, Circuit Judges.

Alvaro Pulido, a native and citizen of Mexico, petitions for review of the

Board of Immigration Appeals' order dismissing his appeal from an immigration

judge's decision denying his motion to reopen removal proceedings held in

absentia. We have jurisdiction under 8 U.S.C. § 1252. Reviewing for abuse of

---

\*    This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

\*\*    The panel unanimously concludes this case is suitable for decision
without oral argument. *See* Fed. R. App. P. 34(a)(2).

discretion, *Salta v. INS*, 314 F.3d 1076, 1078 (9th Cir. 2002), we grant the petition for review.

The agency abused its discretion in denying Pulido's motion to reopen where he rebutted the presumption of effective service by submitting sworn declarations explaining why he and his wife had not received the Notice to Appear ("NTA"), and the record did not contain proof of attempted delivery to Pulido's address. *See* 8 U.S.C. § 1229(c) (service of NTA by mail is sufficient if there is proof of attempted delivery to alien's last address); *Arrieta v. INS*, 117 F.3d 429, 432 (9th Cir. 1997) (letter by petitioner is substantial and probative evidence that may rebut presumption of effective service).

**PETITION FOR REVIEW GRANTED; REMANDED.**